# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

ALEXANDER A. BUZZ,

Petitioner,

v.

CHARLES DANIELS, *et al.*,

Respondents.

Case No. 2:26-cv-00863-RFB-MDC

**ORDER**

Petitioner Alexander A. Buzz, a *pro se* prisoner, has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing an application for leave to proceed *in forma pauperis* ("IFP").

Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The Court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing.  28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

Petitioner will have 45 days from the date of this order to either pay the $5 filing fee or submit a complete IFP application with all required documentation.

**IT IS THEREFORE ORDERED** that the initial screening of the Petition for Writ of Habeas Corpus (ECF No. 1-1) under the Rules Governing Section 2254 Cases and consideration of the Motion for Counsel (ECF No. 1-2) is deferred to until such time as he has fully complied

with this order.

The Clerk of Court is instructed to send Petitioner (1) a blank form IFP application for incarcerated litigants along with instructions; and (2) a copy of this order.

**IT IS FURTHER ORDERED THAT**, within 45 days of the date of this order, Petitioner must file an IFP application that includes a: (a) financial certificate signed by Petitioner and an authorized prison official, (b) financial declaration and acknowledgement signed by Petitioner, and (c) copy of Petitioner's inmate account statement for the six-month period prior to filing. Alternatively, Petitioner must pay the $5 filing fee within 45 days of the date of this order. If Petitioner decides to pay the filing fee from his inmate account, he must arrange to have a copy of this order attached to the check for the filing fee.

**IT IS FURTHER ORDERED THAT** Petitioner's failure to comply with this order within 45 days by either submitting a complete IFP application or paying the filing fee will result in the dismissal of this action without prejudice and without further advance notice.

**DATED:** April 17, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

- 2 -